CHRISTOPHER D. BEATTY (State Bar No. 266466)
cbeatty@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Plaintiff
FAMOUS BIRTHDAYS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ),<br><br>              Defendant. | **CASE NO. TBD**<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES**<br><br>**(1) COPYRIGHT ACT;**<br><br>**(2) COMPUTER FRAUD AND ABUSE ACT;**<br><br>**(3) CALIFORNIA COMPREHENSIVE COMPUTER ACCESS AND FRAUD ACT;**<br><br>**(4) UNFAIR COMPETITION LAW.**<br><br>**DEMAND FOR JURY TRIAL** |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

540537.6

COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

Plaintiff Famous Birthdays, LLC ("Plaintiff" or "Famous Birthdays"), for its Complaint against Defendant SocialEdge, Inc. (dba and referred to herein as "CreatorIQ" or "Defendant"), hereby alleges as follows:

## NATURE OF THE ACTION

1.    Famous Birthdays brings this suit to stop the theft and misuse of its intellectual property by CreatorIQ.

2.    Since launching in 2012, Famous Birthdays has emerged as a valuable platform for the social media industry.  It is an intuitive online search engine that provides updated original profiles for celebrities and influencers, in a simple and entertaining format for its users.

3.    Famous Birthdays' original biographies are the backbone of its service. The strength and quality of its biographies are a significant competitive advantage that has taken years of investment, creativity, technological innovation, and hard work to develop and perfect. Today, Famous Birthdays receives up to 25 million monthly users.

4.    In or around 2014, SocialEdge launched CreatorIQ, an influencer marketing platform.  CreatorIQ provides its customers an interface for searching and discovering influencers and connecting with them in a secure network, among other tools.  A meaningful component of CreatorIQ's service is the display of hundreds of thousands of biographies for the celebrities and influencers searchable on its website.

5.    But instead of competing fairly, CreatorIQ is illegally and without authorization using Famous Birthdays' copyrighted material—tens of thousands of celebrity and influencer profiles (the "Works")—to promote and advance its business.  By stealing and misusing Famous Birthdays' Works, CreatorIQ has evaded the substantial investments required of legitimate competitors in this industry and damaged Famous Birthdays.

6.    CreatorIQ's activities described herein violate the federal Copyright

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1    Act, the Computer Fraud and Abuse Act, the California Comprehensive Computer

2    Access and Fraud Act, and California law protecting against unfair competition.

3         7.      Through this action, Famous Birthdays seeks preliminary and

4    permanent injunctive relief to halt CreatorIQ's intentional and ongoing legal

5    violations, as well as damages to compensate Famous Birthdays for the injuries

6    CreatorIQ has caused.

7    <u>**THE PARTIES, JURISDICTION, AND VENUE**</u>

8         8.      Plaintiff Famous Birthdays is a California limited liability company

9    with its principal place of business located at 2800 28th Street, Unit #308 Santa

10   Monica, CA 90405.

11        9.      On information and belief, Defendant CreatorIQ is a Delaware

12   corporation with its principal place of business located at 600 Corporate Pointe,

13   Suite 210, Culver City, CA 90230.

14        10.    The Court has federal subject matter jurisdiction over Famous

15   Birthdays' claims under the Copyright Act and the Computer Fraud and Abuse Act,

16   because those claims arise under federal law.  The Court also has original

17   jurisdiction over Famous Birthdays' copyright claims under 28 U.S.C. § 1338(a).

18        11.    The Court has supplemental subject matter jurisdiction over Famous

19   Birthdays' state law claims pursuant to 28 U.S.C. § 1367(a) because the state law

20   claims are so related to the federal claims that they form a part of the same case or

21   controversy and derive from a common nucleus of operative facts.

22        12.    The Court has specific personal jurisdiction over CreatorIQ because

23   each of Famous Birthdays' claims arises out of CreatorIQ's substantial, intentional

24   contacts with California, where it is headquartered.

25        13.    CreatorIQ is copying and misappropriating Famous Birthdays'

26   biographies to support its operation of an interactive computer service that allows

27   California residents to purchase services for discovering and connecting with

28   celebrities and influencers.  CreatorIQ copied and is displaying images of Famous

1  Birthdays' biographies on its website and makes them accessible to residents of
2  California.

3          14.     Venue is proper in the Central District of California pursuant to 28
4  U.S.C. §1391(b)(2) because, as described herein, a substantial part of the events or
5  omissions giving rise to Famous Birthdays' claims occurred in this District.

**GENERAL ALLEGATIONS**

7  **I.      OVERVIEW OF FAMOUS BIRTHDAYS' BUSINESS MODEL**

8          15.     Famous Birthdays is an intuitive online search engine that provides
9  updated profiles for celebrities and influencers, in a simple and entertaining format
10  for its users.  These profiles include various features such as tailored biographical
11  works, popularity rankings, images, and videos.  Famous Birthdays developed and
12  maintained a complex technology and related infrastructure necessary to operate its
13  extensive database of profiles.  Famous Birthdays works with over 40 employees
14  and independent contractors.

15          16.     Famous Birthdays began collecting information and developing
16  copyrightable profiles in 2012.  Famous Birthdays has invested millions of dollars to
17  develop and maintain an expansive database of profiles for celebrities and
18  influencers around the world.  Its business has grown steadily since the company's
19  creation, based on the strong and consistent demand from its users, as well as
20  partnerships with third parties to license its Works.

21          17.     Famous Birthdays' original biographies are the backbone of its service;
22  they are what customers look for the most and the primary basis of Famous
23  Birthdays' business.  Famous Birthdays has made a massive investment of time,
24  effort, and resources to develop its format and functionality.

25          18.     The high quality of Famous Birthdays' product profiles differentiates it
26  from its competitors.  Its profiles are recognized for their concise and to-the-point
27  summaries.  They are optimized for use across desktops, tablets, and smartphones.
28  Each profile contains popularity rankings based on user activity.  Because Famous

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

Birthdays' original bios are all drafted by Famous Birthdays, there is also a level of quality control compared to other online sources for similar information. CreatorIQ chose to use Famous Birthdays' original expressions, which are uniquely tailored original works of authorship protected by copyright. CreatorIQ understands the value of Famous Birthdays' Works, which unlike other sources like Wikipedia, include original biographies of influencers such as TikTok stars. Even where open source bios are available in sites like Wikipedia for many celebrities, CreatorIQ still chose to use Famous Birthdays' original bios in those instances.

19.    Famous Birthdays has up to 25 million monthly unique users and is available in Spanish, Portuguese, French, and Japanese.  New profiles are added regularly, covering everyone from TikTok Stars to Chefs.

20.    Famous Birthdays registered creative works of authorship with the United States Copyright Office in October 2018 and 2021 (attached hereto as **Exhibits A and B**).

21.    The Terms of Use available on its website, moreover, inform its users that its "platform contains copyrighted material including, but not limited to, text and video."[1]  These terms are included in a link displayed at the bottom of Famous Birthdays' website.

## II.    FAMOUS BIRTHDAYS LICENSED WORKS TO CREATORIQ FOR FOUR MONTHS IN 2018

22.    Since launching in 2014, CreatorIQ has expanded rapidly, with more than two hundred employees and offices in the United States and Europe.  CreatorIQ prides itself in using "industry-standard models and data science"[2] to track performance of influencer marketing campaigns.  It offers a service to scale

---

[1] Famous Birthdays, Terms of Use, available at https://www.famousbirthdays.com/terms/.

[2] CreatorIQ, Homepage, available at https://www.creatoriq.com/.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

marketing programs "with the most advanced proprietary insights in the industry, so you can turn your most loyal advocates into your most influential brand partners."[3] CreatorIQ is working to "create the future of the Creator Economy."

23.     CreatorIQ provides its customers an interface for searching and discovering influencers (Creator Core), connecting with them in a secure network (Creator Connect), and launching promotional campaigns with influencers (Campaign Workflows), among other tools.  A meaningful component of its service is providing informative and entertaining biographies for hundreds of thousands of profiles available on its database.  The biographies allow CreatorIQ to promote its service by attracting customers through online marketing materials.  Moreover, the biographies are the central way that CreatorIQ's customers can search for, browse, review, and consider influencers they want to connect with on CreatorIQ's platform.

24.     On April 23, 2018, Famous Birthdays entered into a license agreement with CreatorIQ (the "License Agreement"), wherein Famous Birthdays provided access to its database of celebrity profiles under a limited license for an introductory cost of $3,000 per month, to escalate after the first year to $10,000 per month (attached hereto as **Exhibit C**).  At the time, CreatorIQ was a much more limited product, and a much smaller company with less customers, than it is now.

25.     Under the License Agreement, Famous Birthdays would provide an Application Programming Interface ("API"), a software interface that builds a connection between two computer programs, so that CreatorIQ would gain access to Famous Birthdays' Works for use within CreatorIQ's platform.  The API would contain the records for tens of thousands of celebrities and influencers (including tailored biographies, social media handles, popularity ranking, and a unique ID), as well as information regarding trending profiles categorized by profession (including web stars, singers, actors, dancers, rappers, and reality stars).

---

[3] CreatorIQ, Homepage, available at https://www.creatoriq.com/.

Miller Barondess, LLP
ATTORNEYS AT LAW
1999 Avenue of The Stars, Suite 1000  Los Angeles, California 90067
Tel: (310) 552-4400    Fax: (310) 552-8400

26.     The License Agreement was for a twelve-month term beginning on May 1, 2018, and provided CreatorIQ the right to cancel the agreement at any time after four months via a thirty (30) day written notice.  Per the terms of the agreement, CreatorIQ agreed to remove all Famous Birthdays material from its platform in the event of the agreement's cancellation or termination.  Moreover, the agreement stated that Famous Birthdays will retain "full ownership" of its material, and "it's understood that If/when the agreement ends, any and all Famous Birthdays data and other references to Famous Birthdays would be removed from the CreatorIQ platform."

27.     The License Agreement terminated on August 23, 2018, following a notice to Famous Birthdays from SocialEdge's Vice President of Sales, Jonathan Kroopf, cancelling the agreement.  Thus, SocialEdge terminated the agreement after the initial four-month introductory period.

### III.     CREATORIQ IS UNLAWFULLY USING FAMOUS BIRTHDAYS' PROTECTED WORKS

28.     On June 8, 2021, when Famous Birthdays pitched its Famous Birthdays Pro offering, which directly competes with CreatorIQ, to Dentsu Inc. (a global advertising firm), Dentsu emailed Famous Birthdays stating it had observed duplication of Famous Birthdays' material on the CreatorIQ platform.  Dentsu believed that Famous Birthdays and CreatorIQ had partnered to make Famous Birthdays' material available on CreatorIQ's platform, and stated that: "we've been using you both for quite some time and love the experience so far".

29.     This email led Famous Birthdays to investigate CreatorIQ's use of its copyrighted materials.

30.     As sampled below, CreatorIQ is accessing, copying, and displaying Famous Birthdays' Works through marketing materials on CreatorIQ's website and its profiles on YouTube and Vimeo.  CreatorIQ is also using Famous Birthdays' Works as a key component of its offering throughout its platform available to

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  subscribing customers.

2       a.     **CreatorIQ Is Copying and Displaying Famous Birthdays'**

3              **Works in Its Marketing Materials**

4       31.    The samples from CreatorIQ's social media pages show that CreatorIQ

5  has promoted Famous Birthdays' Works as belonging to CreatorIQ as recently as

6  August 2021. The biographies that CreatorIQ displays in its website and marketing

7  materials are identical to Famous Birthdays' copyrighted Works, as the below

8  sampling reflects:

9  **EXAMPLE 1: CHELSEA YAMASE (INSTAGRAM STAR)**

10  • <u>Famous Birthdays Work</u>

11  Athlete and model whose adventurous outdoor lifestyle has earned her an

12  Instagram following totaling more than 1.1 million. She compiles her

13  photography and writings on her personal blog, The Adventurers Collective.

14  • <u>CreatorIQ Marketing</u>



23  **EXAMPLE 2: LAUREN BULLEN (BLOGGER)**

24  • <u>Famous Birthdays Work</u>

25  Blogger known for writing travel and fashion entries. She also gained a

26  following on Instagram under her gypsea_lust account, posting her pictures

27  from around the world.

28  • <u>CreatorIQ Marketing</u>

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400



## EXAMPLE 3: J.D. WITHERSPOON (YOUTUBE STAR)

- <u>Famous Birthdays Work</u>

YouTuber, actor, comedian and gamer known for his WhoisUTV and
runJDrun channels. He is a skilled impressionist and has dabbled in rap as
well.

- <u>CreatorIQ Marketing</u>



### b.      **CreatorIQ Is Copying and Displaying Famous Birthdays' Works in Its Subscriber Database**

32.     Famous Birthdays has also confirmed that CreatorIQ is unlawfully
copying and displaying Famous Birthdays' Works within its platform behind a login

1  interface.   For example, CreatorIQ is displaying Famous Birthdays' Works in their

2  Creator Discovery feature, a key component of their influencer search and

3  identification service.  CreatorIQ is also displaying Works in its Campaign

4  Workflow feature, which CreatorIQ describes as its "bread and butter."  This is

5  evident from a CreatorIQ video describing its Campaign Workflow feature, where

6  Famous Birthdays' profile for Cristiano Ronaldo is featured two separate times, for

7  two entirely different sections of their page.  Below is a sampling of CreatorIQ's

8  infringement.

9  **EXAMPLE 1: EXPLORING WITH JOSH (YOUTUBE STAR)**

10  • <u>Famous Birthdays Work</u>

11  YouTube content creator who video-blogs his explorations of abandoned

12  places and buildings, sometimes in places that turn out to be horrifying. His

13  most popular videos involve him exploring abandoned federal gold exchange

14  banks, schools, theme parks and more. He has over 4.2 million subscribers.

15  • <u>CreatorIQ Platform</u>

16
17
18  
19
20
21
22

23  **EXAMPLE 2: BRAD LEMON (YOUTUBE STAR)**

24  • <u>Famous Birthdays Work</u>

25  Comedy gamer best known by his YouTube channel name TheGamingLemon

26  who most frequently publishes videos relating to the hit video game Grand

27  Theft Auto.

28  • <u>CreatorIQ Platform</u>

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400



**EXAMPLE 3: CRISTIANO RONALDO**

- <u>Famous Birthdays Work</u>

One of the top soccer players in the world, he rose to fame as a forward for Real Madrid after being acquired from Manchester United for a $131.6 million transfer fee in 2009. He became captain of the Portuguese national team in 2008 and received the Ballon d'Or in 2008, 2013, 2014, 2016 and 2017. In 2018, he signed with Juventus. He was signed to return to Manchester United in 2021.

- <u>CreatorIQ Platform</u>



11

COMPLAINT

Miller Barondess, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400



**EXAMPLE 4: CHLOE FLOWER (COMPOSER)**

- <u>Famous Birthdays Work</u>

Classical pianist and composer known as a contemporary instrumentalist, she began her rise to fame after being featured on albums by Nas, Celine Dion, and Timbaland.

- <u>CreatorIQ Platform</u>



33.    The full extent of CreatorIQ's unlawful copying is at this point unknown.  However, CreatorIQ's marketing materials and samplings from other means make clear that Famous Birthdays' Works are an integral part of CreatorIQ's influencer marketing business.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

34.    Significantly, CreatorIQ's influencer search tool (Creator Discovery) is a major feature of CreatorIQ's platform and where it is using copyrighted biographies across tens of thousands of profiles.  This is evident from its marketing materials on its homepage, where Famous Birthdays' influencer biographies are displayed three different times.  This feature alone likely features tens of thousands of Famous Birthdays' Works behind CreatorIQ's login interface.

35.    CreatorIQ's tool for facilitating campaign workflows with influencers is another important feature that CreatorIQ describes as its "bread and butter," and which prominently displays Famous Birthday's biographies through marketing materials.[4]

## IV.    CREATORIQ'S UNLAWFUL ACTIONS HAVE CAUSED FAMOUS BIRTHDAYS SIGNIFICANT DAMAGES AND IRREPARABLE HARM

36.    As a direct and proximate result of CreatorIQ' willful copyright infringement, Famous Birthdays has suffered, and will continue to suffer, monetary loss and irreparable harm to its business, reputation, and goodwill.  Disgorgement is also appropriate here.

37.    CreatorIQ has obtained an unfair competitive advantage, as it has been able to compete in the marketplace without investing the time, money, and other resources required to cultivate an expansive database of biographies.  In fact, CreatorIQ has expanded significantly while using Famous Birthdays' Works since 2018.  When Famous Birthdays licensed its Works in 2018, for example, CreatorIQ had a valuation of roughly ten percent its current size, and significantly less customers.  Now, CreatorIQ is using Famous Birthdays' Works in a much wider scale than they were in 2018.

---

[4] YouTube, CreatorIQ Campaign Workflows, available at https://youtu.be/O_XlkSebHvc.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

38.     Famous Birthdays Pro now has paying clients, several of whom are billion dollar public companies.  Its position in the market would be stronger if CreatorIQ had not been utilizing Famous Birthdays' Works, thereby diverting traffic from Famous Birthdays' website, and hurting Famous Birthdays Pro's own marketing pitch and momentum which rely on its first-party proprietary bios that can only be leveraged within Famous Birthdays Pro and not competitive offerings.

39.     Famous Birthdays has suffered and continues to suffer considerable harm from CreatorIQ's years-long unlicensed use of Famous Birthdays' Works.

40.     As a result, Famous Birthdays has no choice but to file the instant lawsuit to protect against the improper use of its Works.

## FIRST CAUSE OF ACTION

### (Copyright Infringement, 17 U.S.C. § 501)

41.     Famous Birthdays incorporates and realleges all foregoing Paragraphs as if fully set forth herein.

42.     Each of the Works is an original and creative work of authorship and subject to a valid and subsisting copyright registration with the United States Copyright Office.

43.     Famous Birthdays owns the rights to all of the Works and its corresponding copyright registration.

44.     CreatorIQ has substantial access to Famous Birthdays' copyrighted Works through Famous Birthdays' website, which CreatorIQ used to "reproduce the copyrighted work in copies" in violation of 17 U.S.C. § 106(1).  As revealed through the June 8, 2021 email from one of CreatorIQ's customers, and as confirmed by Famous Birthdays through reviewing screenshots of the CreatorIQ service and through other means, CreatorIQ is copying and using Famous Birthdays' Works in its public marketing materials as well as within its platform available to subscribing customers.

45.     CreatorIQ is preparing "derivative works" based upon the copyrighted

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

work, by displaying and providing the Works to its own customers as part of its influencer discovery service, in violation of 17 U.S.C. § 106(2).  CreatorIQ is also providing the Works to its customers as part of other services including its influencer Campaign Workflow service.

46.     CreatorIQ copied Famous Birthdays' Works and is "display[ing] the copyrighted work publicly" on its website, and continues to make unauthorized public displays of those Works on its website in violation of 17 U.S.C. § 106(1) and (5).

47.     Since termination of the License Agreement in August 2018, Famous Birthdays never authorized or licensed CreatorIQ to make copies or publicly display any of the Works.

48.     CreatorIQ's infringement of each of Famous Birthdays' Works was knowing, willful, and intentional.

49.     As a direct and proximate result of CreatorIQ's conduct, Famous Birthdays has suffered and will continue to suffer monetary damages in an amount to be determined at trial.  Famous Birthdays seeks actual compensatory damages and any and all profits CreatorIQ received as a result of its infringing conduct per 17 U.S.C. § 504(a)(1) & (b).  In the alternative, Famous Birthdays is entitled to statutory damages for each copyright violation, including enhanced statutory damages as a result of CreatorIQ's willful infringement.  Famous Birthdays is also entitled to, and seeks, its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

50.     Defendant's conduct has caused and will continue to cause irreparable harm to Famous Birthdays and its interests in the Works; and, as such, Famous Birthdays is entitled to preliminary and permanent injunctive relief to bar CreatorIQ from further infringement.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

**SECOND CAUSE OF ACTION**

**(Computer Fraud And Abuse Act, 18 U.S.C. §§ 1030 *et seq*.)**

51.     Famous Birthdays incorporates and realleges all foregoing Paragraphs as if fully set forth herein.

52.     Famous Birthdays stores and maintains its Works and data on servers that transmit those Works and data in interstate and foreign commerce.

53.     Individuals accessing or using Famous Birthdays' website are accessing Famous Birthdays' servers and viewing and obtaining the data stored thereon.

54.     Famous Birthdays' servers are "protected computer[s]" within the meaning of § 1030(e)(2)(C) because they are computers that "move[] in or otherwise affect[] interstate or foreign commerce."

55.     CreatorIQ has intentionally accessed Famous Birthdays' computers "without authorization or exceed[ing] authorized access, and thereby obtain[ed] . . . information from any protected computer," in violation of § 1030(a)(2)(C).  As described above, CreatorIQ is copying and using Famous Birthdays' Works in its public marketing materials as well as within its platform available to subscribing customers.

56.     CreatorIQ has "knowingly and with intent to defraud" accessed a protected computer without authorization, or exceeds authorized access, and by means of such conduct furthered the intended fraud and obtained valuable data to advance its business and competitive advantage, in violation of § 1030(a)(4). CreatorIQ began using Famous Birthdays' Works under the License Agreement, and is aware that it was obligated to remove all of Famous Birthdays' Works from its platform upon termination of the agreement in 2018.  CreatorIQ continues to use Famous Birthdays' Works by taking them from Famous Birthdays' website without authorization and with intent to defraud Famous Birthdays by representing to the public that the Works belong to CreatorIQ.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

57.     CreatorIQ "intentionally accesse[d] a protected computer without authorization, and as a result of such conduct, cause[d] damage and loss," in violation of § 1030(a)(5)(C).  CreatorIQ's accessing of the Works is intentional, as those Works support and are an integral part of CreatorIQ's services.

58.     CreatorIQ caused irreparable and incalculable harm and injuries to Famous Birthdays; and, unless enjoined under § 1030(g), CreatorIQ's conduct will cause further irreparable and incalculable injury for which Famous Birthdays has no adequate remedy at law.

59.     For each violation, Famous Birthdays has been damaged in excess of $5,000 during a one-year period by CreatorIQ's unauthorized access, access in excess of authorization, and abuse of its protected computers.

60.     Defendant is directly and vicariously liable for the actions of its directors, officers, employees, contractors, and other agents, including all those acting at its direction or with its authorization.

## THIRD CAUSE OF ACTION

### (California Comprehensive Computer Access And Fraud Act, Cal. Penal Code § 502)

61.     Famous Birthdays incorporates and realleges all foregoing Paragraphs as if fully set forth herein

62.     CreatorIQ is directly and vicariously liable for the actions of its directors, officers, employees, contractors, and other agents, including all those acting at its direction or with its authorization.

63.     Famous Birthdays' Works are "[d]ata" within the meaning of § 502(b)(8) because they are a "representation of information, knowledge, facts, concepts, computer software, or computer programs or instructions."  "Data may be in any form, in storage media, or as stored in the memory of the computer or in transit or presented on a display device."

64.     CreatorIQ has "[k]nowingly" and "without permission" used Famous

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Birthdays' data in order to "wrongfully control or obtain" data and other information of monetary value, in violation of § 502(c)(1). As described above, CreatorIQ is copying and using Famous Birthdays' Works in its public marketing materials as well as within its platform available to subscribing customers.  CreatorIQ knows that it is wrongfully using Famous Birthdays' Works without permission, because, among other things, the License Agreement terminated in 2018.

65.     CreatorIQ has knowingly and without permission taken, copied, and made use of data from Famous Birthdays' computer, computer system, or computer network, as well as taken and copied related data, in violation of § 502(c)(2).

66.     CreatorIQ caused irreparable and incalculable harm and injuries to Famous Birthdays; and, unless enjoined under § 502(e)(1), CreatorIQ's conduct will cause further irreparable and incalculable injury.

67.     CreatorIQ is liable for compensatory, consequential, and incidental damages including, without limitation, compensatory damages reasonably incurred by Famous Birthdays to verify that each incidence of CreatorIQ's access did not alter, damage, or otherwise harm the integrity of Famous Birthdays' computers, computer systems, computer networks, or data, pursuant to § 502(e)(1).

68.     CreatorIQ is also liable for exemplary and punitive damages in an amount sufficient to set an example of CreatorIQ's oppressive, fraudulent, and malicious conduct, under § 502(e)(4).

69.     As a result of CreatorIQ's unlawful conduct, Famous Birthdays is entitled to all injunctive relief allowed under § 502(e)(1).

70.     Famous Birthdays is also entitled to attorneys' fees and costs incurred by virtue of this action authorized by § 502(e)(2).

## **FOURTH CAUSE OF ACTION**

### **(Unfair Competition Law, Cal. Bus. & Prof. Code § 17200)**

71.     Famous Birthdays incorporates and realleges all foregoing Paragraphs as if fully set forth herein.

72.     CreatorIQ is a "person" as defined under California Business and Professions Code § 17201.

73.     As described above, CreatorIQ engaged in "unlawful, unfair or fraudulent business act or practice" under § 17200, including by failing to remove all of Famous Birthdays' Works from CreatorIQ's platform, and misleading Famous Birthdays in that regard, and violating federal and state law.

74.     CreatorIQ also engaged in "unfair, deceptive, untrue or misleading advertising" under § 17200 by marketing Famous Birthdays' Works on its website and through various social media platforms.

75.     As a direct and proximate result of Defendant's unfair, unlawful, and fraudulent business practices, Famous Birthdays has suffered injury in fact and lost money in an amount to be determined at trial.  Famous Birthdays seeks restitution and injunctive relief.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment and relief as follows:

1.     Preliminary and permanent injunctive relief;

2.     An award to Famous Birthdays of damages as permitted by law, including but not limited to compensatory, statutory, and punitive and exemplary damages, and in such amounts to be proven at trial;

3.     Pre- and post-judgment interest as allowed by law;

4.     Attorneys' fees and costs to the extent allowed by law; and

5.     Such further and other relief as this Court may deem just and proper.

Miller Barondess, LLP
Attorneys at Law
1999 Avenue of The Stars, Suite 1000  Los Angeles, California 90067
Tel: (310) 552-4400   Fax: (310) 552-8400

1  DATED:  December 9, 2021          MILLER BARONDESS, LLP

2

3

4  By: _____

5          CHRISTOPHER D. BEATTY

6          Attorneys for Plaintiff
           FAMOUS BIRTHDAYS, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

540537.6

20

COMPLAINT

## <u>JURY DEMAND</u>

Famous Birthdays demands a trial by jury as to all claims and issues so triable.

DATED:   December 9, 2021          MILLER BARONDESS, LLP


By: C. Beatty

CHRISTOPHER D. BEATTY
Attorneys for Plaintiff
FAMOUS BIRTHDAYS, LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1

## **INDEX OF EXHIBITS**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | Famous Birthdays, LLC Certificate of Registration, October 2021 | 23-24 |
| B. | Famous Birthdays, LLC Certificate of Registration, October 2018 | 25-26 |
| C. | Executed agreement between CreatorIQ and Famous Birthdays LLC, April 23, 2018 | 27-37 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400