# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-282-456

**Effective Date of Registration:**
October 01, 2021
**Registration Decision Date:**
October 18, 2021

## Title

**Title of Work:** famousbirthdays.com celebrity profiles

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Famous Birthdays, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Famous Birthdays, LLC
2800 28th Street, Unit #308, Santa Monica, CA, 90405, United States

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TXu002119709, 2018

**New material included in claim:** text

## Certification

**Name:** Michael Wolfe
**Date:** October 01, 2021

Page 1 of 1