# EXHIBIT B

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-119-709**

**Effective Date of Registration:**
October 05, 2018

### Title

**Title of Work:** famousbirthdays.com celebrity profiles

### Completion/Publication

**Year of Completion:** 2018

### Author

- **Author:** Famous Birthdays, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Famous Birthdays, LLC
1512 11TH ST, STE 201, SANTA MONICA, CA, 90401, United States

### Certification

**Name:** Michael Wolfe
**Date:** October 05, 2018

**Copyright Office notes:** Basis for Registration: Unpublished collection

Page 1 of 1