# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TXu 2-282-456**
Effective Date of Registration:
October 01, 2021
Registration Decision Date:
October 18, 2021

## Title

Title of Work: famousbirthdays.com celebrity profiles

## Completion/Publication

Year of Completion: 2021

## Author

- Author: Famous Birthdays, LLC
  Author Created: text
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Famous Birthdays, LLC
2800 28th Street, Unit #308, Santa Monica, CA, 90405, United States

## Limitation of copyright claim

Material excluded from this claim: text
Previous registration and year: TXu002119709, 2018

New material included in claim: text

## Certification

Name: Michael Wolfe
Date: October 01, 2021

Page 1 of 1