CHRISTOPHER D. BEATTY (State Bar No. 266466)
cbeatty@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ),<br><br>　　　　Defendant. | **CASE NO. 2:21-cv-09562-PA-MRW**<br><br>**STIPULATION TO ESTABLISH BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Assigned to Hon. Percy Anderson and Magistrate Judge Michael R. Wilner |

554337.1

STIPULATION TO ESTABLISH BRIEFING SCHEDULE

This stipulation is made by Plaintiff Famous Birthdays, LLC ("Plaintiff") and SocialEdge, Inc. (dba CreatorIQ) ("Defendant") (together referred to herein as the "Parties"), by and through their respective counsel, with reference to the following:

1. WHEREAS, Plaintiff filed the Complaint on December 9, 2021;

2. WHEREAS, the Court granted two stipulated extensions of time for Defendant to respond to the Complaint totaling 42 days;

3. WHEREAS, Parties have met and conferred regarding Defendant's intent to file a motion to dismiss the Complaint and extending Defendant's deadline to respond to the Complaint;

4. WHEREAS, Plaintiff has requested additional time to oppose Defendant's motion to dismiss the Complaint due to a commitment by one of Plaintiff's counsel (the associate assigned to the case) to prepare for and take the California bar exam on February 22, 2022;

5. WHEREAS, the Parties have discussed a schedule to provide reasonable time to file briefing in connection with Defendant's anticipated motion;

6. NOW THEREFORE, the Parties stipulate to extend deadlines to the following:

    (a) Defendant may file a Motion to Dismiss the Complaint ("Motion to Dismiss") no later than February 28, 2022;

    (b) Plaintiff shall oppose Defendant's Motion to Dismiss no later than March 21, 2022;

    (c) Defendant shall file its reply to the Motion to Dismiss no later than April 4, 2022; and

    (d) The hearing on Defendant's Motion to Dismiss shall take place on April 18, 2022, unless the Court takes the matter under submission.

**SO STIPULATED.**

DATED: February 17, 2022  MILLER BARONDESS, LLP

By: ___/s/ Christopher D. Beatty___
CHRISTOPHER D. BEATTY
Attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC

DATED: February 17, 2022  COOLEY LLP

By: ___/s/ Marcus D. Peterson___
MARCUS D. PETERSON
Attorneys for Defendant
SOCIALEDGE, INC. (dba CreatorIQ)

**SIGNATURE ATTESTATION**

The other signatories listed, and those on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 17, 2022        MILLER BARONDESS, LLP

By: ___/s/ Christopher D. Beatty___
CHRISTOPHER D. BEATTY
Attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC