1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| FAMOUS BIRTHDAYS LLC, | CASE NO. 2:21-cv-09562-PA-MRW |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO ESTABLISH BRIEFING SCHEDULE** |
| v. | Assigned to Hon. Percy Anderson and Magistrate Judge Michael R. Wilner |
| SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ), | |
| Defendant. | |

554345.1

The Parties' Stipulation to Establish Briefing Schedule was brought before this Court. Upon consideration of the Stipulation, the Court finds there to be good cause and compelling reasons to grant it, as follows:

(a) Defendant SocialEdge, Inc. (dba CreatorIQ) "(Defendant") may file a Motion to Dismiss the Complaint ("Motion to Dismiss") no later than February 28, 2022;

(b) Plaintiff Famous Birthdays LLC ("Plaintiff") shall oppose Defendant's Motion to Dismiss no later than March 21, 2022;

(c) Defendant shall file its reply to the Motion to Dismiss no later than April 4, 2022; and

(d) The hearing on Defendant's Motion to Dismiss shall take place on April 18, 2022, unless the Court takes the matter under submission.

**IT IS SO ORDERED.**

DATED: February 18, 2022

_____
Percy Anderson
United States District Judge