# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC, | Case No. 2:21-cv-09562-PA-MRW |
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING AMENDED COMPLAINT** |
| v. | |
| SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ), | Action Filed: December 9, 2021 Trial Date: None Set |
| Defendant. | |

The Parties' Stipulation Regarding Amended Complaint was brought before this Court. Upon consideration of the Stipulation, the Court finds there to be good cause and compelling reasons to grant it, as follows:

a) The briefing and hearing schedule previously agreed by the Parties and approved by the Court (Dkt. 36) is vacated.

b) If Plaintiff does not file an Amended Complaint by February 28, 2022, Defendant shall have until March 4, 2022 to file its Motion to Dismiss the Complaint.

c) If Plaintiff files an Amended Complaint on or before February 28, 2022, and unless additional leave is sought based on the nature of the amendments, Defendant will file its response to the Amended Complaint within 14 days of the filing thereof pursuant to Fed. R. Civ. P. 15(a)(3).

d) If a motion is filed in response to the Amended Complaint, the Parties shall follow the briefing schedule set forth by Local Civil Rules 7-9 and 7-10.

**IT IS SO ORDERED.**

DATED: February 26, 2022

_____
Percy Anderson
United States District Judge