Jura C. Zibas (SBN: 217864)
*Jura.Zibas@wilsonelser.com*
Marty B. Ready (SBN: 239135)
*Marty.Ready@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone:(619) 321.6200
Facsimile: (619) 321-6201

Attorneys for Defendant
SOCIAL EDGE, INC.

Christopher D. Beatty (SBN 266466)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SOCIAL EDGE, INC., a Delaware corporation (dba CreatorIQ),<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-09562-PA-MRW<br>Hon. PERCY ANDERSON<br>Courtroom: 9A<br>Action Filed: December 9, 2021<br>ORDER DENYING<br>**[PROPOSED] ORDER ON STIPULATION TO EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** |

The Court, having considered **STIPULATION TO EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO AMENDED COMPLAINT** by Famous Birthdays, Inc. ("Plaintiff") and Social Edge, Inc. ("Defendant"); and there being good cause to grant said Stipulation requested by the parties now, therefore:

1

IT IS HEREBY ORDERED:

1. The Parties' STIPULATION TO EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO AMENDED COMPLAINT is GRANTED.

2. Defendant shall file a responsive pleading to Plaintiff's Amended Complaint on or before March 28, 2022.

3. The hearing for Defendant's anticipated Motion to Dismiss Plaintiff's Amended Complaint is set for May 9, 2022, with the following briefing schedule:

    a. Opposition due date – April 18, 2022

    b. Reply Brief due date – April 25, 2022

**IT IS SO ORDERED.**

DATED: _____        _____

　　　　　　　　　　　　　　　　　　Hon. Percy Anderson
　　　　　　　　　　　　　　　　　　Judge of United States District Court
　　　　　　　　　　　　　　　　　　Central District of California

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
03/09/22

---

2

**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

267851118v.1                                                                                                  (2: 21-cv-09562-PA-MRW)