# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-9562 PA (MRWx) | Date | March 9, 2022 |
|---|---|---|---|
| Title | Famous Birthdays, LLC v. SocialEdge, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

    Before the Court is a Motion to Strike Pages ("Motion") filed by plaintiff Famous Birthdays, LLC ("Plaintiff").  (Docket No. 33.)  Plaintiff's Motion seeks to strike portions of the "Motion to Strike New Reply Evidence and Argument Reply" and a response filed by defendant SocialEdge, Inc. ("Defendant") (See Docket Nos. 28 & 30.)  The Court denied as moot Defendant's prior motion to strike new reply evidence.  (See Docket No. 34.)  Because Plaintiff's Motion seeks to strike portions of a prior motion that was itself denied as moot, the Court denies as moot Plaintiff's Motion.  (Docket No. 33.)

    The hearing calendared for March 14, 2022 is vacated, and the matter taken off calendar. (Docket No. 33.)

    IT IS SO ORDERED.