**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FAMOUS BIRTHDAYS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ),<br><br>    Defendant. | **CASE NO. 2:21-cv-09562-PA-MRW**<br><br>**ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINES**<br><br>Assigned to Hon. Percy Anderson and Magistrate Judge Michael R. Wilner |

The Parties' Stipulation to Extend Expert Disclosure and Report Deadlines was brought before this Court. Upon consideration of the Stipulation, the Court finds there to be good cause and compelling reasons to grant it, as follows:

    (a)    The Parties shall designate expert witnesses and provide reports asept required by Fed. R. Civ. P. 26(a)(2)(B) not later than November 11, 2022;

    (b)    The Parties shall designate rebuttal expert witnesses and provide reports as required by Fed. R. Civ. P. 26(a)(2)(B) no later than November 25, 2022.

**IT IS SO ORDERED.**

DATED: September 16, 2022      _____
    Percy Anderson
    United States District Judge