# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC,<br><br>            Plaintiff(s)<br>v. | CASE NUMBER:<br><br>CV21-9562 PA (MRWx) |
| SOCIALEDGE, INC.,<br><br>            Defendant(s) | MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Wilner. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☒ No Hearing Required    ☒ Hearing Required
             ☐ In-Person Court Hearing
             ☒ Video Conference
             ☐ Telephonic

Magistrate Judge: Michael R. Wilner

Date/Time: 11/02/2022 at 11:00am

Courtroom: 550/Zoom

Dated: October 27, 2022             By: J. Munoz
                                          Deputy Clerk