# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMOUS BIRTHDAY, LLC<br><br>Plaintiff(s)<br><br>v.<br><br>SOCIALEDGE, INC.<br><br>Defendant(s) | CASE NUMBER<br><br>2:21-cv-09562-PA-MRW<br><br>ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OR WITHDRAWAL<br>OF ATTORNEY |

The Court hereby orders that the request of:

SocialEdge, Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Jura C. Zibas  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 West A Street, Suite 1900
*Street Address*

San Diego, CA 92101                    jura.zibas@wilsonelser.com
*City, State, Zip*                          *E-Mail Address*

(619) 321-6200        (619) 321-6201         217864
*Telephone Number*     *Fax Number*         *State Bar Number*

as attorney of record instead of  Bobby Ghajar, Cooley LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 01, 2022

*U. S. District Judge/U.S. Magistrate Judge*