MURAD SALIM (State Bar No. 342747)
msalim@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Former Attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ),<br><br>　　　　Defendant. | **CASE NO. 2:21-cv-09562-PA-MRW**<br><br>**NOTICE OF ATTORNEYS' LIEN**<br><br>Assigned to Hon. Percy Anderson and Magistrate Judge Michael R. Wilner |

585468.1

NOTICE OF ATTORNEYS' LIEN

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE** that Miller Barondess LLP ("Miller Barondess") was formerly the attorney of record in this action for Plaintiff Famous Birthdays, LLC ("Plaintiff"), but such representation has ended.

**PLEASE TAKE FURTHER NOTICE** that by virtue of a written fee agreement with Plaintiff dated October 15, 2021 ("Agreement"), Miller Barondess has and claims a lien on the claims, causes of action, and recovery of Plaintiff in the above-captioned matter, and on any judgment rendered or settlement reached in favor of Plaintiff, to secure payment for legal services rendered and costs advanced on Plaintiff's behalf, all in accordance with the Agreement.

**PLEASE TAKE FURTHER NOTICE** that payment of any amount to Plaintiff in consideration of its claims in this action without giving effect to, or making provision for, the lien in favor of Miller Barondess shall create liability for, *inter alia*, intentional interference with the undersigned counsel's economic and contractual rights. *Little v. Amber Hotel Co.*, 202 Cal. App. 4th 280, 291 (2011) ("A third party that impairs an attorney's rights under such a lien may be subject to liability for tortious interference with contractual relations or prospective economic advantage."); s*ee also Levin v. Gulf Ins. Group*, 69 Cal. App. 4th 1282, 1287-88 (1999).

DATED: November 17, 2022     By: _____
MURAD SALIM
Former attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC