Christopher D. Beatty (SBN #266466)
chris.beatty@katten.com
Tami K. Sims (SBN #245628)
tami.sims@katten.com
Amelia E. Bruckner (SBN #341515)
amelia.bruckner@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:  310.788.4477
Facsimile:   310.788.4471

Attorneys for Plaintiff
FAMOUS BIRTHDAYS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ), <br><br> Defendants. | Case No.: 2:21-cv-09562-PA-MRW <br> Hon. PERCY ANDERSON <br> Courtroom: 9A <br> Action Filed: December 9, 2021 <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff FAMOUS BIRTHDAYS, LLC ("Plaintiff") and Defendant SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ) ("Defendant"), have reached an agreement to resolve all claims between Plaintiff and Defendant in this pending action.

Plaintiff and Defendant are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The Parties expect that the final executed Joint Motion of Dismissal of all claims with prejudice will be filed within 45 days.

PLEASE TAKE FURTHER NOTICE that the parties respectfully request that the case is stayed and that the upcoming deadlines and hearings be vacated. The next scheduled hearings are:

1. December 16, 2022 discovery hearing at 1:30 p.m. in front of the Honorable Michael R. Wilner.

2. December 19, 2022 hearing at 1:30 p.m. in front of the Honorable Percy Anderson for Motion to Leave to File a Second Amended Complaint.

3. Jury trial on Feburary 14, 2023 at 9:00 a.m. in front of the Honorable Percy Anderson.

The e-filing attorney of record attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 2, 2022

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ C. Beatty
CHRISTOPHER D. BEATTY
Tami Kameda Sims
Amelia E. Bruckner
Attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC

Dated: December 2, 2022

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ *Peter K. Chu*
Marty B. Ready
Jura C. Zibas
Peter K. Chu
Attorney for Defendant
SOCIAL EDGE, INC.