Christopher D. Beatty (SBN #266466)
chris.beatty@katten.com
Tami K. Sims (SBN #245628)
tami.sims@katten.com
Amelia E. Bruckner (SBN #341515)
amelia.bruckner@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   310.788.4477
Facsimile:    310.788.4471

Attorneys for Plaintiff
FAMOUS BIRTHDAYS LLC

Jura C. Zibas (SBN: 217864)
Jura.Zibas@wilsonelser.com
Marty B. Ready (SBN: 239135)
Marty.Ready@wilsonelser.com
Peter K. Chu (SBN: 251705)
Peter.Chu@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone:(619) 321.6200
Facsimile: (619) 321-6201

Attorneys for Defendant
SOCIALEDGE, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>SOCIALEDGE, INC., a Delaware corporation (dba CreatorIQ),<br><br>     Defendants. | **CASE NO. 2:21-cv-09562-PA-MRW**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>Assigned to Hon. Percy Anderson, Crtrm. 9A and Magistrate Judge Michael R. Wilner, Crtrm. 550 |

[PROPOSED] ORDER

## PROPOSED ORDER

Before the Court is the Joint Stipulation by Plaintiff Famous Birthdays, LLC ("Famous Birthdays") and Defendant SocialEdge, Inc. dba CreatorIQ ("CreatorIQ") (individually "Party" and collectively "Parties") to Dismiss with Prejudice all of Famous Birthdays' claims and causes action against CreatorIQ in the above-caption action pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the Joint Stipulation, the Court finds that it is well taken and is hereby GRANTED.

It is hereby ORDERED that this action be dismissed with prejudice.

It is further ORDERED that each Party shall bear its own attorneys' fees, costs, and expenses.

It is further ORDERED that this Court will retain jurisdiction for 60 (sixty) days until the terms of the settlement are completed.

Dated this 15th day of December 2022.

_____
Percy Anderson
United States District Judge